```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01860
   ALEJANDRO BUENROSTRO
   MELISSA M BUENROSTRO                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3578     SSN XXX-XX-5335

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/05/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED VEHIC   12675.00          167.34         1305.64
AMERICREDIT FINANCIAL SE  UNSECURED        1008.79             .00             .00
CITY OF CHICAGO DEPT OF   SECURED           607.17             .00          119.39
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC    3670.42           35.00          806.88
WASHINGTON MUTUAL         CURRENT MORTG        .00             .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE        .00             .00             .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED            .00             .00
AT&T                      UNSECURED         129.95             .00             .00
BENEFICIAL HFC            UNSECURED       NOT FILED            .00             .00
BANK OF AMERICA MORTGAGE  UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         545.86             .00             .00
CHASE MANHATTAN MTG CORP  UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED        2415.00             .00             .00
COUNTRYWIDE HOME LENDING  UNSECURED       NOT FILED            .00             .00
FIRST USA BANK            UNSECURED       NOT FILED            .00             .00
FORD MOTOR CREDIT CORPOR  UNSECURED       NOT FILED            .00             .00
FORD MOTOR CREDIT CORPOR  UNSECURED       NOT FILED            .00             .00
FORD MOTOR CREDIT CORPOR  UNSECURED       NOT FILED            .00             .00
FREEMONT INVESTMENT & LO  UNSECURED       NOT FILED            .00             .00
GEMB/ MONTGOMERY WARD     UNSECURED       NOT FILED            .00             .00
HSBC NV                   UNSECURED       NOT FILED            .00             .00
HSBC/RHODE                UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        3857.02             .00             .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED            .00             .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         894.40             .00             .00
RESMAE MORTGAGE CORPOR    UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF           UNSECURED       NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED            .00             .00
SM SERVICING              UNSECURED       NOT FILED            .00             .00
TOYOTA MOTOR CREDIT CORP  UNSECURED       NOT FILED            .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01860 ALEJANDRO BUENROSTRO & MELISSA M BUENROSTRO
```

```
TOYOTA MOTOR CREDIT CORP  UNSECURED      NOT FILED              .00              .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED              .00              .00
WFNNB/EXPRESS             UNSECURED      NOT FILED              .00              .00
WFNNB/VCTRIA              UNSECURED      NOT FILED              .00              .00
WILSHIRE CREDIT CORP      UNSECURED      NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        17249.14              .00              .00
ROUNDUP FUNDING LLC       UNSECURED        1863.65              .00              .00
CPT CREDIT UNION          UNSECURED        1840.52              .00              .00
ST VIATOR SCHOOL          UNSECURED        5707.00              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,540.00                               .00
TOM VAUGHN                TRUSTEE                                             165.75
DEBTOR REFUND             REFUND                                                 .00
```

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             2,600.00

PRIORITY                                          .00
SECURED                                      2,231.91
    INTEREST                                   202.34
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           165.75
DEBTOR REFUND                                     .00
                    ---------------    ---------------
TOTALS              2,600.00                 2,600.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
    Dated: 12/27/07        _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE